An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NEAL SCHNOG,
Appellant,
vs.
KAREN SCHNOG,
Respondent.

No. 64134

**FILED**

DEC 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On October 9, 2014, this court entered an order placing this appeal in the civil pro se pilot program and giving appellant 40 days from that order's date to file the civil pro se appeal statement. Our October 9 order cautioned appellant that failing to file the statement within the allotted 40 days could result in the dismissal of this appeal. Appellant's statement was due in this court by November 18, 2014. To date, appellant has failed to file the civil pro se appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Parraguirre_ J.
Parraguirre

_Saitta_ , J.
Saitta

cc: Hon. Gayle Nathan, District Judge
Carolyn Worrell, Settlement Judge
Neal Schnog
Leonard I. Gang
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40928